No. 409. CORSICANA PETROLEUM COMPANY, PETITIONER, *v.* W. H. STALEY. December 23, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. J. McKie* and *Mr. Frederick S. Tyler* for petitioner. *Mr. E. St. Clair Thompson* and *Mr. R. S. Neblett* for respondent.

---

No. 504. RICHARD COHEN ET AL., PETITIONERS, *v.* THE UNITED STATES. December 23, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Joel M. Marx* for petitioners. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Cooley* for respondent.

---

No. 505. BENJAMIN D. GREENE ET AL., PETITIONERS, *v.* THE UNITED STATES. December 23, 1907. Petitions for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Frederic R. Coudert, Mr. B. F. Tracy, Mr. Howard Taylor, Mr. William W. Osborne, Mr. Alexander A. Lawrence, Mr. William Garrard* and *Mr. P. W. Meldrim* for petitioners. *The Attorney General, The Solicitor General* and *Mr. Marion Erwin* for respondent.